**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ROYAL SPURLARK, individually and on behalf of other similarly situated.<br><br>      Plaintiff,<br>v.<br><br>DIMENSION SERVICE CORPORATION, PELICAN INVESTMENT HOLDING, LLC d/b/a AAP and GUSTAV RENNY<br><br>      Defendants. | Case No.: 2:21-cv-3803 |

## PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME

The plaintiff Royal Spurlark moves to substitute the party name "Pelican Investment Holdings Group, LLC d/b/a AAP" for the currently named "Pelican Investment Holding, LLC d/b/a AAP". Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, counsel for the defendant Gustav Renny has identified that the proper name of Pelican Investment Holding, LLC d/b/a AAP is in fact Pelican Investment Holdings Group, LLC d/b/a AAP. As such, the Plaintiff files this motion with the consent of all of the defendants.

Dated: December 8, 2021

                                      */s/ Anthony I. Paronich*
                                      Anthony I. Paronich (*pro hac vice*)
                                      Paronich Law, P.C.
                                      350 Lincoln Street, Suite 2400
                                      Hingham, MA 02043
                                      [o] (617) 485-0018
                                      [f] (508) 318-8100
                                      anthony@paronichlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2021, I filed the foregoing through the Court's CM/ECF system.

                                   By: */s/ Anthony I. Paronich*
                                           Anthony I. Paronich (*pro hac vice*)

1