**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ROYAL SPURLARK,**

    **Plaintiff,**

  v.                                    Case No. 2:21-cv-3803
                                         JUDGE EDMUND A. SARGUS, JR.
                                         Magistrate Judge Chelsey M. Vascura

**DIMENSION SERVICE**
**CORPORATION, et al.,**

    **Defendants.**

**ORDER**

The Court's Order setting a trial date and settlement conference date (ECF No. 12) is **VACATED**. The Court will not hold a settlement conference in this matter on July 18, 2022. A new scheduling order is forthcoming.

    **IT IS SO ORDERED.**


<u>7/7/2022</u>                                          <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**