# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROYAL SPURLARK, individually and on behalf of other similarly situated, | Case No.: 2:21-cv-3803 |
| Plaintiff, | Judge Edmund A. Sargus |
| v. | Magistrate Judge Chelsey M. Vascura |
| DIMENSION SERVICE CORPORATION, PELICAN INVESTMENT HOLDING, LLC d/b/a AAP and GUSTAV RENNY, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), **William Wesley Patmon, III**, trial attorney for **Defendants**, in the above-referenced action, hereby moves the court to admit **Jason S. Weiss**, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendant Gustav Renny.

Movant represents that **Jason S. Weiss** is a member in good standing of the highest court of the **State of Florida** as attested by the accompanying certificate from that court and that **Jason S. Weiss** is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.

**Jason S. Weiss'** relevant identifying information is as follows:

Business telephone:   (954) 573-2800            Business fax:        (954) 573-2798

Business address:     5531 N. University Drive, Suite 103, Coral Springs, FL 33067

Business e-mail address:    jason@jswlawyer.com; shameka@jswlawyer.com

/s/ *William Wesley Patmon, III*
William Wesley Patmon, III
Patmon Law Firm LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
614-944-5786
Fax: 614-448-4393
wpatmon@patmonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2022, the foregoing document was filed through the Court's electronic filing system and will be sent electronically to all parties.

/s/ *William Wesley Patmon, III*
William Wesley Patmon, III



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )          In Re:  0356890
                                      Jason S Weiss
                                      Weiss Law Group
                                      5531 N University Dr Ste 103
                                      Coral Springs, FL 33067-4649

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 15, 2000**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 22nd day of  **August**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-195522