# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Royal Spurlark, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:21-cv-3803 |
| Dimension Service Corporation, et al., *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 12/20/202 the Court GRANTS ECF No. [74] Motion for Default Judgment against Defendant/Cross-Claim Defendant Pelican Investment Holding, LLC d/b/a AAP. Judgment for Dimension, with a total judgment of $160,312.50 against Pelican .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  12/20/2023

CLERK OF COURT

_Christi M. Wer_____
Signature of Clerk or Deputy Clerk